UNITED STATES BANKRUPTCY COURT -   EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                                   File No.  03-31101

MARK R. PETERS                                     Chapter  7
ROBIN L. PETERS
            Debtor(s)                              JUDGE WALTER SHAPERO
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                     ) ss
COUNTY OF GENESEE    )

　　Pamela Mason, being first duly sworn, deposes and says that on August 12, 2005 a copy of the **Order Substantively Consolidating the Bankruptcy Estates of Mark R. Peters and Robin L. Peters** was sent to the following by first class mail:

U.S. Trustee's Office, 211 W. Fort, Room 700, Detroit MI  48226
Mark and Robin Peters, 6608 Ardsley Court, Canton MI  48187
David A. Monroe, Esq., 407 E. Grand River Ave., Howell MI  48843


　　　　　　　　　　　/s/ Pamela Mason
　　　　　　　　　　　516 West Court St., Flint, MI 48503-5010
　　　　　　　　　　　Phone (810) 234-9201
　　　　　　　　　　　Email: mamtrustee@sbcglobal.net


Subscribed and sworn to before me this 12th day of August, 2005.

　　　　　　　　　　　/s/ Karen Newman
　　　　　　　　　　　Notary Public, State of Michigan, County of Genesee
　　　　　　　　　　　My commission expires:  12/18/07
　　　　　　　　　　　516 West Court St, Flint, MI 48503-5010
　　　　　　　　　　　Phone (810) 234-9201
　　　　　　　　　　　Email: mamtrustee@sbcglobal.net

Prepared by:
Michael A. Mason (P17185)
516 W. Court St.
Flint, MI 48503-5010
Phone (810) 234-9201

1