THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
<u>SOUTHERN DIVISION</u>

IN RE:                                                          In Bankruptcy

PETERS, MARK R                            CASE NO. 03-31101-WS
PETERS, ROBIN L                           CHAPTER 7
                         Debtors              /           Honorable WALTER SHAPERO
_____

**FINAL REPORT AND ACCOUNT OF TRUSTEE
APPLICATION FOR FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES, PROPOSED
DISTRIBUTION AND NOTICE OF PROPOSED ABANDONMENT**

        Now comes Michael A. Mason, Trustee herein, and respectfully submits to the United States Trustee and to the Court his Final Report in accordance with 11 U.S.C. Section 704 (9). The petition commencing this case was filed on March 17, 2003, and the undersigned was appointed trustee on April 17, 2003. The amount of the trustee's bond is now $2,000,000.00.

        The Trustee certifies that the balance in the individual estate trust account, bank account number 3758710319 at Bank of America is in the amount of $16,408.72. This includes all earned interest and is subject to check for payment to creditors.

        The Trustee certifies that all property of the estate, except that claimed by the debtor(s), without objection or determined by the Court as exempt, has been inventoried, collected and liquidated, or abandoned.

        All claims have been examined and objections have been determined. Applications for approval of compensation and expenses of other professional persons have been filed with the United States Trustee and the Court. Any property not heretofore abandoned by the Trustee is now abandoned and is scheduled as follows:

        All assets on the debtor's Schedules which have not been liquidated by the Trustee.

1.       RECEIPTS:
              (See Exhibit A-Cash Receipts and
              Disbursements)                                                  $128,324.35

2.       DISBURSEMENTS:
              (See Exhibit A-Cash Receipts and
              Disbursements)                                                 $111,915.63

3.       BALANCE OF FUNDS ON HAND:                         $16,408.72

4.       ANALYSIS OF CLAIMS FILED (See Exhibit B attached)

5.  Analysis of assets of this estate (See Exhibit C estate property period.)

6.  Proposed Distribution (See Exhibit D attached)

7.  The following fees and charges are still outstanding: $11,221.66

    Michael A. Mason, TRUSTEE FEE: $9,184.34
    Michael A. Mason, TRUSTEE EXPENSE: $202.82
    Michael A. Mason, ATTY FOR TRUSTEE FEES: $1,135,00
    Plante & Moran, PLLC, ACCT FOR TRUSTEE FEES: $699.50

8.  The net estate upon which the Trustee's compensation has been computed is $118,686.85. This does not include any exempt amounts paid to the debtor(s) and/or any refunds to be made to the debtor(s).

## COMPUTATION OF COMPENSATION

Pursuant to 11 U.S.C. Section 326, compensation is computed as follows:

| | |
|---|---:|
| 25% of First $5,000 ($1,250 Maximum) | $1,250.00 |
| 10% of Next $5,000 up to $50,000 ($4,500 Maximum) | $4,500.00 |
| 05% of Next $50,000 up to $100,000 ($47,500 Maximum) | $3,434.34 |
| 03% In Excess of $1,000,000: | $0.00 |

TOTAL COMPENSATION REQUESTED: $9,184.34

## TRUSTEE EXPENSES
The Trustee has incurred the following expenses:

| | | | | |
|---|---|---|---|---:|
| CERT | 05/07/03 | Certified Copy | 1 at 7.00 per item | 7.00 |
| | | Certified Copy of Notice of Bankruptcy Filing | | |
| CERT | 04/26/05 | Certified Copy | 1 at 9.50 per item | 9.50 |
| | | Certified Copy of Certification of No Objections to Sale | | |
| | | Subtotal for code of CERT | | 16.50 ***** |
| COPY | 02/23/05 | Photocopies | 90 at 0.50 per pg | 45.00 |
| | | Notice of Sale of Vacant land in Otsego County MI for $128,000.00 & the payment of normal seller's closing costs broker's commission, real estate taxes and other liens on the property & Debtors' exemption & order attached as Exhibit "A" & notice of notice of sale | | |
| COPY | 07/07/05 | Photocopies | 72 at 0.50 per pg | 36.00 |
| | | Notice of substantive consolidation motion, consolidation motion with Order attached as | | |

|      |          |                                                                                                                                                                                                                                                 |         |
|------|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|
|      |          | "A"...to creditors, debtors, debtors' atty and US Tee                                                                                                                                                                                            |         |
|      |          | Subtotal for code of COPY                                                                                                                                                                                                                        | 81.00 ***** |
| MISC | 03/10/06 | Miscellaneous Expenses Other than those Specifically Listed.  From filing to May 2006                                                                                                                                                             | 75.00   |
|      |          | Folders expense, general copies, general postage, general telephone expense, stationery, supplies, and mileage.                                                                                                                                  |         |
|      |          | Subtotal for code of MISC                                                                                                                                                                                                                        | 75.00 ***** |
| POST | 02/23/05 | Postage   18 at 0.37 per envelope                                                                                                                                                                                                                | 6.66    |
|      |          | mailing of Notice of Sale of Vacant land in Otsego County MI for $128,000.00 & the payment of normal seller's closing costs broker's commission, real estate taxes and other liens on the property & Debtors' exemption & order attached as Exhibit "A" & notice of notice of sale |         |
| POST | 07/07/05 | Postage   18 at 0.37 per envelope                                                                                                                                                                                                                | 6.66    |
|      |          | Notice of Motion for Substantive Consolidation, Motion for substantive consolidation with Order attached as exhibit to 18 creditors including Debtors and Attorney and U.S. Tee                                                                   |         |
|      |          | Subtotal for code of POST                                                                                                                                                                                                                        | 13.32 ***** |
| REC  | 05/07/03 | Recording Fee   1 at   17.00 per                                                                                                                                                                                                                 | 17.00   |
|      |          | Recording costs of Notice of Bankruptcy Filing                                                                                                                                                                                                   |         |
|      |          | Subtotal for code of REC                                                                                                                                                                                                                         | <u>17.00 *****</u> |

TOTAL EXPENSES REQUESTED: $202.82

 

      The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge and requests the United States Trustee to approve this report and account and requests the Court to provide notice and opportunity for a hearing under 11 U.S.C. §330(a), 502(b), and 503(c) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purpose of distribution to claims, administrative expenses, and other payments stated in his report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $9,184.34 as compensation and $202.82 for reimbursement of expenses.  Pursuant to §704, the Trustee certifies to the Court and the United States Trustee, that the Trustee has faithfully and properly fulfilled his duties, and that no payments have been made or promised to him for services rendered or to be rendered in any capacity in this case.  No agreement or understanding exists between applicant and any other person for sharing compensation received.

Therefore, the Trustee requests that the Final Report be accepted.

Dated:  May 19, 2006                        /s/ Michael A. Mason
                                            Michael A. Mason, TRUSTEE
                                            516 West Court Street
                                            Flint, MI  48503
                                            (810) 234-9201


I have reviewed the Trustee's Final Report.


                                            Saul Eisen
                                            United States Trustee

Dated:  May 19, 2006           Approved by:  /s/ Marion J. Mack, Jr.
                                            Assistant U.S. Trustee

EXHIBIT B
ANALYSIS OF CLAIMS REGISTER

| Case Number: 03-31101 | | Page 1 | | Date: May 18, 2006 |
| Debtor Name: PETERS, MARK R | | Claim Number Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 040 5700-00 | Genesee County Friend of the Court 1101 Beach Street, City Admin Bldg. Flint, MI 48502 | Priority | withdrawn by Withdrawal dated 4/24/06 | $0.00 | $3,888.98 | $0.00 |
| 000002 070 7100-00 | MBNA AMERICA PC .BOX 15 1 3 7 WILMINGTON DE 19 86 5137 | Unsecured | Allowed as a general unsecured claim | $0.00 | $14,481.03 | $14,481.03 |
| 000003 050 4110-00 | Fifth Third Bank Mail Drop Box 109065 1850 East Paris Grand Rapids, MI 49546 | Secured | Claim is disallowed PCO 10/20/05 | $0.00 | $85,653.93 | $0.00 |
| 001A 070 7100-00 | Genesee County Friend of The Court 1101 Beach Street Flint MI 48502 | Unsecured | withdrawn by Withdrawal dated 4/24/06 | $0.00 | $81.75 | $0.00 |
| | Case Totals: | | | $0.00 | $104,105.69 | $14,481.03 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

CREGIS2                                                                 Printed: 05/18/06 11:20 AM   Ver: 11.01a

03-31101-dof    Doc 67    Filed 06/19/06    Entered 06/19/06 16:56:06    Page 5 of 11

Case No: 03-31101 WS Judge: WALTER SHAPERO  
Case Name: PETERS, MARK R  
PETERS, ROBIN L  
For Period Ending: 05/22/06

Trustee Name: Michael A. Mason  
Date Filed (f) or Converted (c): 03/17/03 (f)  
341(a) Meeting Date: 04/17/03  
Claims Bar Date: 09/29/03

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Otsego County Vacant Land | 225,000.00 | 70,262.50 | | 128,000.00 | FA |
| Received authorization to sell Otsego County property for $128,000.00. | | | | | |
| 2. Cash on Hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. CLOTHING | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewlery | 750.00 | 0.00 | DA | 0.00 | FA |
| 7. Two Shot Guns | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. TERM LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. EDs Pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Acloche 401k | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Advent Stocks | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 1991 Chev Pick-Up | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 1999 Escalade | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 1972 Nova | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. 1971 Honda SL 70 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 1999 Four Wheeler | 200.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 105.32 | Unknown |

TOTALS (Excluding Unknown Values)    $ 238,070.00    $ 70,262.50    $ 128,105.32

Value of Remaining Assets    $0.00  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/05    Current Projected Date of Final Report (TFR): 12/31/06

PFORM1    Ver: 11.01a

# FORM 2-Exhibit A
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 03-31101 -WS | Trustee Name: | Michael A. Mason |
|---|---|---|---|
| Case Name: | PETERS, MARK R | Bank Name: | Bank of America |
| | PETERS, ROBIN L | Account Number / CD #: | *******0267 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0584 | | |
| For Period Ending: | 06/19/06 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/05 | | James and Rebecca Fischer c/o Metropolitan Title Co. | Sale of Otsego County Vacant land PCA 03/21/05 | | 25,940.90 | | 25,940.90 |
| | | JAMES AND REBECCA FISCHER | Memo Amount: 128,000.00 Net Sale Proceeds Net Sale Proceeds from sale of Otsego County Vacant Land PCA 3/21/05 | 1110-000 | | | |
| | | JAMES & REBECCA FISCHER | Memo Amount: 181.68 Proration Summer Tax Parcel 1 Proration of Summer taxes for Parcel 1 PCA 3/21/05 | 1110-000 | | | |
| | | JAMES & REBECCA FISCHER | Memo Amount: 37.35 Summer Tax Proration Parcel 2 Summer Tax Proration Parcel 2 PCA 3/21/05 | 1110-000 | | | |
| | | REMERICA HOMETOWN ONE | Memo Amount: ( 4,160.00 ) Broker's Commission Broker's commission of $8,320.00 paid by Trustee's Agent, Metropolitan Title to Remerica Hometown One PCO 3/25/05 | 3510-000 | | | |
| | | METROPOLITAN TITLE | Memo Amount: ( 200.00 ) Closing Fee Closing Fees of $200.00 paid to Metropolitan Title, Trustee's agent PCA 3/21/05 | 2500-000 | | | |
| | | METROPOLITAN TITLE COMPANY | Memo Amount: ( 688.00 ) Title Insurance Title Insurance of $688.00 paid to Metropolitan Title Co., Trustee's agent. PCA 3/21/05 | 2500-000 | | | |
| | | METROPOLITAN TITLE COMPANY | Memo Amount: ( 40.00 ) Delivery Charge Delivery charge of $40.00 paid to Metropolitan Title Co., Trustee's agent. PCA 3/21/05 | 2500-000 | | | |

Page Subtotals 25,940.90 0.00

| | |
|---|---|
| Case No: | 03-31101 -WS |
| Case Name: | PETERS, MARK R |
| | PETERS, ROBIN L |
| Taxpayer ID No: | *******0584 |
| For Period Ending: | 06/19/06 |

| | |
|---|---|
| Trustee Name: | Michael A. Mason |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******0267  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | METROPOLITAN TITLE CO. | Memo Amount:     (     14.00 )<br>Recording Fee<br>Recording Fee of $14.00 paid to Metropolitan Title Co., Trustee Agent PCA 3/21/05 | 2500-000 | | | |
| | | OTSEGO COUNTY TREASURER | Memo Amount:     (     140.80 )<br>City/County Tax/stamps<br>City/County Tax/Stamps of $140.80 paid by Trustee's agent, Metropolitan Title Co. PCA 4/21/05 | 2820-000 | | | |
| | | OTSEGO COUNTY TREASURER | Memo Amount:     (     960.00 )<br>State tax/stamp<br>State tax/stamp of $960.00 paid by Trustee's agent, Metropolitan Title Co., PCA 3/21/05 | 2820-000 | | | |
| | | WOODLAND HILLS | Memo Amount:     (     578.30 )<br>Association dues<br>Association dues of $578.30 paid to Woodland Hills by Trustee's agent, Metropolitan Title Co. PCA 3/21/05 | 2500-000 | | | |
| | | FIFTH THIRD BANK | Memo Amount:     (     85,653.93 )<br>Payoff of First Mortgage<br>Payoff of firt Mortgage of $85,653.93 to Fifth Third Bank by Trustee's Agent, Metropolitan Title Co. PCA 3/21/05 | 2500-000 | | | |
| | | OTSEGO COUNTY TREASURER | Memo Amount:     (     349.23 )<br>2003 Tax Parcel 1<br>2003 taxes of $349.23 paid to Otsego County Treasurer by Trustee's agent, Metropolitan Title PCA 3/21/05 | 2820-000 | | | |
| | | OTSEGO COUNTY TREASURER | Memo Amount:     (     297.21 )<br>2003 Taxes Parcel 1<br>2003 taxes for Parcel 1 of $297.21 to Otsego County | 2820-000 | | | |

Page Subtotals       0.00        0.00

| Case No: | 03-31101 -WS | | Trustee Name: | Michael A. Mason |
|---|---|---|---|---|
| Case Name: | PETERS, MARK R | | Bank Name: | Bank of America |
| | PETERS, ROBIN L | | Account Number / CD #: | *******0267 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0584 | | | |
| For Period Ending: | 06/19/06 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | OTSEGO COUNTY TREASURER | Treasurer by Trustee's Agent, Metropolitan Title Co. PCA 3/21/05<br>    Memo Amount:   (    308.35 )<br>2004 Taxes Parcel 1<br>2004 taxes for parcel 1 of $308.35 paid to Otsego County Treasurer by Trustee's Agent, Metropolitan Title PCA 3/21/05 | 2820-000 | | | |
| | | OTSEGO COUNTY TREASURER |     Memo Amount:   (  1,698.55 )<br>2002 Taxes Parcel 2<br>2002 Taxes for Parcel 2 of $1,698.55 paid to Otsego County Treasurer by Trustee's agent, Metropolitan Title Company PCA 3/21/05 | 2820-000 | | | |
| | | OTSEGO COUNTY TREASURER |     Memo Amount:   (  1,445.37 )<br>2003 Taxes Parcel 2<br>2003 taxes for Parcel 2 of $1,445.37 paid to Otsego county Treasurer by Trustee's Agent, Metropolitan Title PCA 3/21/05 | 2820-000 | | | |
| | | OTSEGO COUNTY TREASURER |     Memo Amount:   (  1,499.67 )<br>2004 Tax Parcel 2<br>2004 taxes for Parcel 2 of $1,499.67 paid to Otsego County Treasurer by Trustee's Agent, Metropolitan Title Co., PCA 3/21/05 | 2820-000 | | | |
| | | OTSEGO COUNTY TREASURER |     Memo Amount:   (     70.27 )<br>Winter Tax Proration Parcel 1<br>Winter tax proration parcel 1 of $70.27 paid to Otsego County Treasurer by Trustee's Agent, Metropolitan Title Co., PCA 3/21/05 | 2820-000 | | | |
| | | OTSEGO COUNTY TREASURER |     Memo Amount:   (     14.45 )<br>Winter Tax Proration Parcel 2<br>Winter tax proration Parcel 2 of $14.45 paid to | 2820-000 | | | |

Page Subtotals            0.00                0.00

| Case No: | 03-31101 -WS | | Trustee Name: | Michael A. Mason |
|---|---|---|---|---|
| Case Name: | PETERS, MARK R | | Bank Name: | Bank of America |
| | PETERS, ROBIN L | | Account Number / CD #: | *******0267 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0584 | | | |
| For Period Ending: | 06/19/06 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STATEWIDE REAL ESTATE OF MIO | Otsego County Treasurer by Trustee's Agent, Metropolitan Title Co., PCA 3/21/05  Memo Amount: ( 4,160.00 ) Broker's commission broker's commission of $4,160.00 paid to Statewide Real Estate of Mio by Trustee's Agent, Metropolitan Title Co. PCO 3/25/05 | 3510-000 | | | |
| t 05/17/05 | | Transfer to Acct #*******0319 | Bank Funds Transfer Debtors exemption for vacant land | 9999-000 | | 9,637.50 | 16,303.40 |
| 05/31/05 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 2.42 | | 16,305.82 |
| 06/30/05 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 3.35 | | 16,309.17 |
| 07/29/05 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 3.46 | | 16,312.63 |
| 08/31/05 | INT | Bank of America | Interest Rate 0.600 | 1270-000 | 8.32 | | 16,320.95 |
| 09/30/05 | INT | Bank of America | Interest Rate 0.600 | 1270-000 | 8.05 | | 16,329.00 |
| 10/31/05 | INT | Bank of America | Interest Rate 0.600 | 1270-000 | 8.32 | | 16,337.32 |
| 11/30/05 | INT | Bank of America | Interest Rate 0.600 | 1270-000 | 8.06 | | 16,345.38 |
| 12/30/05 | INT | Bank of America | Interest Rate 0.600 | 1270-000 | 8.32 | | 16,353.70 |
| 01/31/06 | INT | Bank of America | Interest Rate 0.600 | 1270-000 | 8.34 | | 16,362.04 |
| 02/28/06 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 11.66 | | 16,373.70 |
| 03/31/06 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 13.91 | | 16,387.61 |
| 04/28/06 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 13.46 | | 16,401.07 |
| 05/18/06 | INT | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 7.65 | | 16,408.72 |
| t 05/18/06 | | Transfer to Acct #*******0319 | Final Posting Transfer | 9999-000 | | 16,408.72 | 0.00 |

| | Page Subtotals | 105.32 | 26,046.22 |
|---|---|---|---|

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

IN RE:                                               In Bankruptcy

PETERS, MARK R                          CASE NO. 03-31101-WS
PETERS, ROBIN L                        CHAPTER 7
                Debtors              /            Honorable WALTER SHAPERO

## PROPOSED CERTIFICATE OF DISTRIBUTION

      Michael A. Mason, Trustee of the above-named estate, hereby states the following:
      1.      That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;
      2.      That the Trustee has collected $128,324.35 and disbursed $111,915.63, leaving a balance on hand of $16,408.72, which funds are deposited in an account in Bank of America;
      3.      That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | %Paid | Amount To Be Paid |
|---|---:|---:|---:|
| Michael A. Mason TRUSTEE FEE | $9,184.34 | %100.00 | $9,184.34 |
| Michael A. Mason TRUSTEE EXPENSE | $202.82 | %100.00 | $202.82 |
| Michael A. Mason, ATTY FOR TEE FEES | $1,135.00 | %100.00 | $1,135.00 |
| Plante & Moran, PLLC, ACCT FOR TEE | $699.50 | %100.00 | $699.50 |
| | | **Subtotal:** | **$11,221.66** |

| Unsecured Claims | Amount Allowed | %Paid | Amount To Be Paid |
|---|---:|---:|---:|
| 000002    MBNA AMERICA | $14,481.03 | %35.81 | $5,187.06 |
| | | **Subtotal:** | **$5,187.06** |
| | | **Total:** | **$16,408.72** |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

EXHIBIT D