THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
<u>SOUTHERN DIVISION</u>

IN RE:                                                       In Bankruptcy

PETERS, MARK R                        CASE NO. 03-31101-DSO
PETERS, ROBIN L                        CHAPTER 7
                       Debtors                /          Honorable DANIEL S. OPPERMAN

## **CERTIFICATE OF DISTRIBUTION**

Michael A. Mason, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $128,324.35 and disbursed $111,915.63, leaving a balance on hand of $16,408.72, which funds are deposited in an account in Bank of America;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | %Paid | Amount Paid |
|---|---:|---:|---:|
| Michael A. Mason TRUSTEE FEE (PCO 7/19/06) | $9,184.34 | %100.00 | $9,184.34 |
| Michael A. Mason TRUSTEE EXPENSE (PCO 7/19/06) | $202.82 | %100.00 | $202.82 |
| Michael A. Mason, ATTY FOR TEE FEES (PCO 7/19/06) | $1,135.00 | %100.00 | $1,135.00 |
| Plante & Moran, PLLC, ACCT FOR TEE FEES (PCO 7/12/06) | $699.50 | %100.00 | $699.50 |
| | | **Subtotal:** | **$11,221.66** |

| Unsecured Claims | Amount Allowed | %Paid | Amount Paid |
|---|---:|---:|---:|
| 000002    MBNA AMERICA | $14,481.03 | %35.81 | $5,187.06 |
| | | **Subtotal:** | **$5,187.06** |
| | | **Total:** | **$16,408.72** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

DATE: July 20, 2006                          /s/ Michael A. Mason
                                                           Michael A. Mason, TRUSTEE
                                                           516 West Court Street
                                                           Flint, MI 48503
                                                           (810) 234-9201